IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MARTIN CONNORS, ET AL.,

    Plaintiffs,

v.

LORI CONNORS, ET AL.,

    Defendants.

CIVIL ACTION NO. 3:CV-07-2186

(JUDGE CAPUTO)

## MEMORANDUM ORDER

Before me is Defendant Pace's discovery request to have computer expert evaluate a CD Disc in possession of Luzerne County Detectives.

In this civil rights case, Plaintiff alleges a conspiracy on the part of Defendants, including Pace, to harm the Plaintiff's career as a Pennsylvania State Police Officer. In the Complaint, Plaintiff alleges (1) that Defendants made false accusations that Plaintiff misused State Police equipment and (2) that Defendant Pace provided the District Attorney with forty-seven photos Pace claimed were taken from Plaintiff's computer, including photos Pace claimed were of a partially nude female in a police car. These allegations are among those which are asserted as support for Plaintiff's claim that Defendants sought to compromise Plaintiff's reputation, conduct and, thus, his job as a Pennsylvania State Police Officer.

The Plaintiffs admit that forty-three of forty-seven photos were on Plaintiff's computer. It is also a fact that one of the other four photos matched a photo on the Plaintiff's hard drive, viz the same camera was used and the date of taking, October 14,

2003, was the same.

The foregoing is enough to support the request, and it will be granted.

**NOW, THEREFORE**, this 21st day of July, 2009, **IT IS HEREBY ORDERED** that Defendant Pace's discovery request to have computer expert evaluate certain CD discs in possession of Luzerne County Detectives is **GRANTED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge